FILED

**NOT FOR PUBLICATION**

OCT 19 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10459 |
| Plaintiff - Appellee, | D.C. No. 4:11-cr-01998-CKJ |
| v. | |
| JUAN ELISEA-GONZALEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted October 14, 2015[**]

Before:     SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

Juan Elisea-Gonzalez appeals from the district court's judgment and

challenges the 68-month sentence imposed on remand for resentencing. Pursuant

to *Anders v. California*, 386 U.S. 738 (1967), Elisea-Gonzalez's counsel has filed a

brief stating that there are no grounds for relief, along with a motion to withdraw

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

as counsel of record.  We have provided Elisea-Gonzalez the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**